**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

***Attorneys for Plaintiff***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELINE MITCHELL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TWINLAB CONSOLIDATION CORPORATION,<br><br>                    Defendant. | CASE NO. 2:24-cv-9420-FLA-RAO<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Hon. Fernando L. Aenlle−Rocha |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jeweline Mitchell ("Plaintiff") hereby dismisses this action without prejudice. Defendant Twinlab Consolidation Corporation has not yet appeared in this matter and has not served an answer or motion for summary judgment.

DATED: December 20, 2024          **CROSNER LEGAL, P.C.**


By:     /s/ *Lilach H. Klein*
          Lilach H. Klein

          9440 Santa Monica Blvd. Suite 301
          Beverly Hills, CA 90210
          Tel: (866) 276-7637
          Fax: (310) 510-6429
          *lilach@crosnerlegal.com*

          ***Attorneys for Plaintiff***

1

*Mitchell v. Twinlab Consolidation Corp.*, Case No. 2:24-cv-9420-FLA-RAO
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(I)